# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2024-3217
_____

KALVIN PRINGLE,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.
_____

On appeal from the Circuit Court for Leon County.
Angela Dempsey, Judge.


February 18, 2025

PER CURIAM.

   DISMISSED as untimely.

LEWIS, ROBERTS, and NORDBY, JJ., concur.
_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***
_____

Kalvin Pringle, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.